IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON CRANE,

    Plaintiff,                     CV F 06 0971 OWW WMW P

  vs.                              FINDINGS AND RECOMMENDATION

JOHN BURK,

    Defendant.

         Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

         By order filed July 26, 2006, the court issued an order severing Plaintiff's action from the original complaint and directing Plaintiff to file an amended complaint within thirty days. Plaintiff has not filed an amended complaint.

         In the July 26, 2006, order the court informed plaintiff that his failure to file an amended complaint would result in a recommendation that this action be dismissed. Because plaintiff has not filed an amended complaint, the court recommends dismissal without prejudice, pursuant to Local Rule 11-110, for failure to obey a court order.

         Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice for failure to obey a court order.

1          These findings and recommendations are submitted to the United States District
2  Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B).  Within
3  twenty days after being served with these findings and recommendations, plaintiff may file
4  written objections with the court.  Such a document should be captioned "Objections to
5  Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file
6  objections within the specified time waives all objections to the judge's findings of fact.  See
7  <u>Turner v. Duncan</u>, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file objections within the
8  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
9  F.2d 1153 (9th Cir. 1991).

13  IT IS SO ORDERED.

14  **Dated:   September 1, 2006**           **/s/  William M. Wunderlich**
    mmkd34                                  UNITED STATES MAGISTRATE JUDGE